# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Claudia Jane Hopper          BK NO. 24-01823 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2003-BC2 and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
01 Aug 2024, 11:08:40, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322